FANNIE MACFARLAND et al., Respondents, *v.* CLARA CLEVELAND, Appellant.

Argued October 15, 1948; decided November 24, 1948.

*Edmund S. Brown* for appellant.

*Dean E. Higgins* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.